IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MARK ANTHONY DREW,**
**ADC #656225**                                                                                          **PLAINTIFF**

v.                          Case No. 4:16-cv-00735 KGB/JTR

**BLANKS-MULLINS,**
**Health Services Administrator,**
**Correct Care Solutions, Inc.,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received and reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5). Plaintiff Mark Anthony Drew filed objections (Dkt. No. 6). After careful consideration of the Recommended Partial Disposition and Mr. Drew's timely objections, and a *de novo* review of the record, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 5).

Therefore, Mr. Drew's 42 U.S.C. § 1983 harassment, Federal Tort Claims Act, and Arkansas tort of outrage claims against separate defendants Blanks-Mullins and M. Jones are dismissed without prejudice for failing to state a claim upon which relief may be granted. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this this the 2nd day of December, 2016.

_____
Kristine G. Baker
United States District Judge