# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK ANTHONY DREW, | | |
| ADC #656225 | | PLAINTIFF |
| | | |
| V. | 4:16CV00735 KGB/JTR | |
| | | |
| VESTA MULLINS BLANKS, | | |
| Health Services Administrator, | | |
| Correct Care Solutions, et al. | | DEFENDANTS |

## **RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

-1-

## I. Discussion

On October 11, 2016, Plaintiff, Mark Anthony Drew ("Drew"), filed this *pro se* action alleging Defendants violated the Eighth Amendment and committed the Arkansas tort of medical malpractice by failing to properly treat degenerative disc and joint disease in his neck and back. *Docs. 2, 4, & 7.* When he filed this lawsuit, Drew was a prisoner in the Arkansas Department of Correction ("ADC").

On January 23, 2017, mail sent to Drew at the ADC was returned undelivered because he had been released from prison. *Doc. 17.* Accordingly, on January 24, 2017, the Court gave Drew thirty days to file a Statement indicating whether he still wanted to proceed with this lawsuit and a freeworld Application to Proceed *In Forma Pauperis. Doc. 18.* Importantly, the Court advised Drew that this case would be dismissed, without prejudice, if he failed to timely and properly file his Statement and freeworld Application to Proceed *In Forma Pauperis*. *Id.* (citing Local Rule. 5.5(c)(2)).

As of the date of this Recommendation, Drew has not complied with the January 24, 2017 Order, and the time to do so has expired. Thus, the Court recommends that this case be dismissed, without prejudice, due to a lack of prosecution.

## III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. Defendants' Motion for Summary Judgment *(Doc. 22)* on the issue of exhaustion be DENIED, AS MOOT.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 27th day of February, 2017.

*[signature: J. Thomas Ray]*

_____
UNITED STATES MAGISTRATE JUDGE