IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MARK ANTHONY DREW,
ADC #656225                                                                              PLAINTIFF

v.                       Case No. 4:16-cv-00735 KGB/JTR

BLANKS-MULLINS,
**Health Services Administrator,**
**Correct Care Solutions, Inc.,** *et al*.                                     DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 25). The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. This action is dismissed without prejudice. Defendants' motion for summary judgment is denied as moot (Dkt. No. 22). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this this the 27th day of June, 2017.

                                                                          Kristine G. Baker
                                                                         United States District Judge