IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MARK ANTHONY DREW,**
**ADC #656225**   **PLAINTIFF**

v.   Case No. 4:16-cv-00735 KGB/JTR

**BLANKS-MULLINS,**
**Health Services Administrator,**
**Correct Care Solutions, Inc.,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 27th day of June, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Court Judge